UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL R. FLANDERS, ) | |
| Plaintiff, ) | |
| vs. ) | Cause No. 1:13-cv-218-WTL-DKL |
| BRUCE LEMMON Commissioner of the ) Indiana Department of Corrections, ) | |
| Defendant. ) | |

## FINAL JUDGMENT

The Court having this day made its entry on Michael R. Flanders' petition for writ of habeas corpus, the civil action docketed as Cause No. 1:13-cv-218-WTL-DKL is **DISMISSED** as untimely.

SO ORDERED: 06/05/2014

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

**Copy to:**

Michael R. Flanders
921 Hickory Street
Anderson, IN 46012

Copies to all counsel of record via electronic communication.